IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA E. PRESSLEY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 1:13-cv-160 |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Consent Motion for Relief Based on Clerical Error (Doc. No. 24). On March 30, 2015, the Court issued an order (Doc. No. 22) vacating the decision of the Commissioner of Social Security and remanding this matter for a new hearing and further consideration. Plaintiff notes that the final portion of the order states that both Plaintiff and Defendant's motions are "DENIED" before vacating the Commissioner's decision and remanding the case. Plaintiff asks the Court to change the word "DENIED" to ALLOWED" within the phrase "that the Plaintiff's Motion for Summary Judgment (Doc. No. 14) is DENIED," and asserts that this wording more accurately captures the intent of the order. Having reviewed the motion, and noting that Defendant consents to this relief, the Court agrees.

**IT IS THEREFORE ORDERED** that the Motion (Doc. No. 24) is **GRANTED**; the final portion of the Court's order (Doc. No. 22) is changed to read "the Plaintiff's Motion for Summary Judgment (Doc. No. 14) is **ALLOWED**."

**SO ORDERED.**

Signed: April 14, 2015

Graham C. Mullen
United States District Judge